In the 8th Circuit United States District Court
Eastern District of Arkansas
Western Division
Little Rock, Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 0 3 2001
JAMES W. McCORMACK, CLERK
By: DEP CLERK

Case No. 1-01 CV 0 0 0 4 7 (to be set by Clerk, For Immediate Review)

Larry Dean Ratton,
Vivian Ratton,
Petitioners,

Vs.,
STATE OF ARKANSAS,
COUNTY OF CLEABURNE,
Scott Russell,
Scott Bradley,
Todd Hudspeth,
Linda Burdick,
Respondents.

**Petition for Writ of Habeas Corpus,**
**Petition to Show Cause**

This case assigned to District Judge Wilson
and to Magistrate Judge Jones

## Section 1,
## Petition for Writ of Habeas Corpus

Come now the Petitioners, Larry Dean Ratton and Vivian Ratton, by and through the same or by any other personally charged private representatives thereof, to Petition this Court for Ancient Right for Writ of Habeas Corpus, and for production thereof further states:

1. That Larry Dean Ratton, above titled Petitioner, is currently being unlawfully held in the CLEBURNE COUNTY JAIL.
2. That Vivian Ratton, above titled Petitioner, was unlawfully held in the VAN BUREN COUNTY JAIL however, has managed to post bond through a private bonding agent of her own expense.
3. The conditions surrounding both Petitioner's incarceration are relative to immediate relief due to gross Civil Rights Violations, which include but not limited to;
   a. Unlawful search and seizure. Warrant was issued after Property was searched and items seized. According to document entitled "SEARCH WARRANT" hereto attached as Exhibit A and hereafter "Exhibit A," officers were ordered to the Petitioners' home to search for "any or all" of several controlled and uncontrolled items. According to Exhibit A it was issued at 8:23 pm on the 26th day of April, 2001 by an Officer of the Judiciary who gave his hand for the execution thereof (see Exhibit A). According to document entitled "RETURN SEARCH WARRANT" attached hereto as Exhibit B and hereafter "Exhibit B," Exhibit A was allegedly

serviced and executed at 6:12 am of the 27th day of April, 2001. According to Exhibit B, Exhibit A was executed, "any or all" items found both controlled and uncontrolled which were included but not described in Exhibit A, were seized[1], inventoried, and described in both location and physical description, Exhibit B issued[2], and then seized[3]. There are no Records for Proof of Service of either Exhibit A or B. No Lawful Warrants were serviced upon either Petitioner which is corroborated by Depositions attached hereto (see attached). Property was taken under the Color of Law in violation of 18 USCA 13 §242 as Arkansas' Code is not to be translated to be Supreme above the Petitioners' Right to Due Process, by a band of co-conspirators, including the issuing Judicial Officer, Executing Officers, STATE OF ARKANSAS, COUNTY OF CLEBURNE, and CITY OF GREERS FERRY in violation of USCA 13 §241.

b. Insufficient Probable Cause for issuance of Warrant. In order to "know or have reason to know," a Warrant must be specific as to the thing to be searched for and the place to be searched. The generalized Warrant, Exhibit A, makes no specific (per case) reference to any specific place or thing thereby replacing to "know or have reason to know" with to "Think or have Reason to Think." Assumptions are not Probable Cause. Exhibit A as used in this matter negates the Petitioners' 4th Amendment Right to be secure from unreasonable Searches and Seizures as to "know or have reason to know" would require as a matter of Law a description of Place to be Searched and Item to be found just as it did appear in Exhibit B, after it was unlawfully seized under the insufficient grounds of Exhibit A. Exhibit B is evidence that "Probable Cause" for issuance of Exhibit A is insufficient as a matter of Law thereby rendering its own Probable Cause moot. The 4th Amendment renders the Petitioners Immune from Prosecution for evidence taken under the execution of an unlawful Search and Seizure. Exhibit A dictates, since if the Petitioners were suspicious, officers could enter, look for something without knowledge of "thing to be searched for and place to be searched," take Property in Exhibit B without Due Process, DAMAGE the Life (with fire-arms), Liberty (jurisdiction-less arrest), and Property (Property taken)of the Petitioners and any party (see attached Depositions) who gets in their way, and in the words of the executing officers, "do any damn thing we want (see attached Depositions)." Since an "Ink Signed (letter of Law)" Warrant is required to be serviced before Search conducted but was not serviced (again no Proof of Service) upon the Petitioner, Vivian Ratton, after she paid for a bond to be released from jail two days later and then was only the illegible copy which is attached hereto as Exhibit A, renders it totally unreasonable and unlawful. Exhibit B was executed under unlawful pretenses and therefore is to be suppressed and ALL PROPERTY listed in it as "seized" be considered "Property taken without Due Process." As per Article 6 §2 of the Constitution for these united States of America and Bound to this Court by Article 6 §3, the Search Warrant hereto attached as Exhibit A, and any policies, statutes, customs, or laws of

the STATE OF ARKANSAS granting or condoning its use, is to be Declared "null and void as if it never were."

c. 6th Amendment Right Violation, no Rights (Miranda) were cited or read or made to understand to either Petitioner. No Warrants served.

d. Taking of Property without Due Process (18 USCA, Ch. 13, §241 & §242).

e. Conspiracy against Rights, aggravated kidnap incl.(18 USCA, Ch. 13, §241).

f. Deprivation of Rights under Color of Law, aggravated kidnap incl. (18 USCA, Ch. 13, §242).

4. That for the duration of this proceeding, and at the time of the writing of this Petition, the Petitioner, Larry Dean Ratton, has been held in excess of 72 hours and has not been formally charged and is being unlawfully held against his will for unreasonable bond of $200.000.00 in violation of the Supreme Law of the Land, the Constitution. This equates to unlawful incarceration and therefore Executes his Ancient Right of Habeas Corpus.

Wherefore, the Petitioners, Larry Dean Ratton, Vivian Ratton, and/or any personally charged private representative thereof, respectfully Petition this Court to issue Writ of Habeas Corpus and Order the immediate production of the above titled Petitioners for first available audience as deprivation of Life, Liberty, or Property in the form of un-Constitutional jurisdiction-less arrest is to be construed as unreasonable, unlawful, and outrageous conditions warrant immediate Grant of Writ of Habeas Corpus, and for any and all other relief to which the Petitioners may be entitled.

Respectfully submitted, Without Prejudice 1-207,

(Print) Larry Dean Ratton (Sign) Vivian Ratton (Date) 5/3/01
By Vivian Ratton

## Section 2,
## Petition to Show Cause

Come now the Petitioners, Larry Dean Ratton and Vivian Ratton, by and through the same or by any other personally charged private representatives thereof, to Petition this Court for the above titled Respondents to Show Cause for the following:

1. Given the facts set forth in section 1 of this Petition, Respondents are to provide all evidence used for obtaining the document entitled "SEARCH WARRANT" (Exhibit A), in the form of Verified Affidavit establishing, exactly, from whom it was verified before, from whom it was issued, by whom it was executed, and to whom it was serviced, and proof of service thereof. If the Respondents cannot provide irrefutable proof that warrants were either justified or serviced, Show

Cause as to why the document hereto attached as Exhibits A should not be ruled as un-Constitutional.

2. Given as evidence against the Respondents, Exhibit A does not describe any specific thing[1] to be searched for and no specific place to be searched. In order to "know or have reason to know," accurate descriptions of both "thing" to be seized and "place" to be searched, if it is not specifically described in the Warrant in location and physical description (i.e. .25 grams of methamphetamine contained in glass vile in the upper left drawer of the cabinet attached to the east wall of the bathroom of the suspect's home) , then there was insufficient Probable Cause to issue a Warrant as one cannot Swear upon Oath that he "knows or has reason to know" if he cannot describe it in this detail. This means that the term "any or all," as used repeatedly in Exhibit A, constitutes speculation, not Probable Cause. Exhibit A states that is was issued upon the Sworn Affidavit of Respondent, officer Scott Russell. The Petitioners have not seen or been serviced this Affidavit and there is growing evidence that it did not exist at the time the Judicial Officer of Exhibit A issued it. Respondents are to produce this document and the signature/date/time of the Attesting Officer is to be authenticated further, the contents there are to mirror Exhibit B, otherwise, Respondents are to Show Cause as to why they "know or have reason to know" based on pure speculation and should not be charged for Perjury or False Swearing.

3. Given the fact that Exhibit A is unlawful (insufficient), show probable cause for Exhibit B. If Probable cause for Exhibit B was in fact Exhibit A, show cause as to why neither were serviced to the Petitioners until after arrested, Property taken, and all relating Constitutional Rights and Immunities violated. Show Cause as to why all evidence in this matter should not be suppressed as a matter of Law

4. Show cause for continued incarceration of Petitioners when all "evidence" for which they are being held is suppressed for unlawful search and seizure.

5. The Petitioners have injured no other Citizen in Life, Liberty, or Property. This Court is hereby challenged under Article 6 §2, and §3, that the Petitioners, Larry Dean Ratton and Vivian Ratton, have been injured in Life, Liberty, and Property by the Respondents and are therefore, the only Corpus Delicti in this matter as Equal Protection under the Laws demands Prosecution of the Respondents for violations of but not limited to 18 USCA 13 §241 & §242 with stipulations for kidnap and threat of death enacted.

6. Since Property taken in Exhibit B was done so unlawfully and without due process, as per the 4th Amendment, its existence and knowledge of its existence cannot be used against the Petitioners in this or any other action as knowledge of its existence is directly because of an unlawful search and seizure. Property cannot be taken without Due Process, show cause why the Property should not be returned.

Wherefore, the Petitioners, Larry Dean Ratton and Vivian Ratton, by and through the same , and/or any personally charged private representative thereof, respectfully Petition this Court to Order the Respondents to show viable cause Constitutionally justifying their unlawful actions against the Petitioners within a timely manner, or to release the Petitioners, and any and all relief to which the Petitioners are entitled.

Respectfully submitted, Without Prejudice 1-207,

(Print) Larry Dean Ratt. (Sign) Vivian Ratton (Date) 2/13/01

By Vivian Ratton
94 Baldridge Rd.
Greers Ferry ARK 72067
501-825-8001

case of Messages
Charlotte Bogard,
501-825-7764

[1] This is when Property was allegedly seized.
[2] There is no issuing officer of the Judiciary or attesting officer (see Exhibit B).
[3] This is another instance of when the Property was allegedly seized.
[4] Thing, as it is used in Constitutional context here, cannot be plural in the observation of the letter of the Law, one Warrant for each and every "thing."

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Court's Case File*